*E-Filed 3/1/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL LARS BREW,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICK CLYNE,<br><br>    Defendant. | No. C 15-4795 RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has failed to comply with the Court's order to file an amended complaint by the deadline. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain an amended complaint that is compliant with the Court's instructions stated in the order dismissing the complaint with leave to amend (Docket No. 9).

Plaintiff's motion to issue an order of service (Docket No. 10) is DENIED as moot. The Clerk shall terminate Docket No. 10, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: March 1, 2016

                              RICHARD SEEBORG
                              United States District Judge